In the Matter of MILTON PINKUS, Appellant, against VILLAGE OF HEMPSTEAD et al., Respondents.

Argued February 19, 1945; decided April 5, 1945.

*Milton Pinkus*, appellant in person.
*Stephen Crane West* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE, J.